UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANE NACHBAUR, Derivatively on Behalf of Nominal Defendant BOSTON SCIENTIFIC CORPORATION., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL F. MAHONEY, NELDA J. CONNORS, CHARLES J. DOCKENDORFF, YOSHIAKI FUJIMORI, DONNA A. JAMES, EDWARD J. LUDWIG, DAVID ROUX, JOHN E. SUNUNU, ELLEN M. ZANE JOSEPH M. FITZGERALD, DANIEL J. BRENNAN, SHAWN MCCARTHY, IAN MEREDITH, KEVIN BALLINGER, and SUSAN VISSERS LISA, <br><br> Defendants, <br><br> and <br><br> BOSTON SCIENTIFIC CORPORATION, <br><br> Nominal Defendant. | Case No. 1:23-cv-10750 |

**[PROPOSED] ORDER GRANTING MOTION
TO IMPOUND PLAINITIFF'S UNREDACTED
<u>SHAREHOLDER DERIVATIVE COMPLAINT</u>**

Plaintiff Diane Nachbaur ("Plaintiff") filed a Motion pursuant to Local Rule 7.2 to impound the un-redacted version of Plaintiff's Verified Shareholder Derivative Complaint (the "Complaint"), which contains quotations, references to, or information taken or derived from documents or materials designated by nominal defendant Boston Scientific Corporation ("Boston Scientific") as "Confidential Information" pursuant to a Confidentiality Agreement entered into by Plaintiff and Boston Scientific.

Upon review and consideration of Plaintiff's Motion, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Plaintiff's unredacted Complaint shall be impounded and remain sealed.

Dated: _____

By: _____
U.S. DISTRICT COURT JUDGE