UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------x
DIANE NACHBAUR, Derivatively on Behalf :
of Nominal Defendant BOSTON SCIENTIFIC :
CORPORATION., :
 :
        Plaintiff, : Civil Action
 : No. 23-10750-FDS
   v. :
 :
MICHAEL F. MAHONEY, NELDA J. :
CONNORS, CHARLES J. DOCKENDORFF, :
YOSHIAKI FUJIMORI, DONNA A. JAMES, :
EDWARD J. LUDWIG, DAVID ROUX, :
JOHN E. SUNUNU, ELLEN M. ZANE :
JOSEPH M. FITZGERALD, AND DANIEL J. :
BRENNAN, SHAWN MCCARTHY, IAN :
MEREDITH, KEVIN BALLINGER, and :
SUSAN VISSERS LISA, :
 :
        Defendants, :
 :
   and :
 :
BOSTON SCIENTIFIC CORPORATION, :
 :
        Nominal Defendant. :
------------------------------x

## JOINT MOTION AND STIPULATION REGARDING TEMPORARY STAY AND [PROPOSED] ORDER

Plaintiff Diane Nachbaur ("Plaintiff") and Defendants Kevin Ballinger ("Ballinger"), Daniel J. Brennan ("Brennan"), Nelda J. Connors, Charles F. Dockendorff, Joseph M. Fitzgerald ("Fitzgerald"), Yoshiaki Fujimori, Donna A. James, Susan Vissers Lisa ("Lisa"), Edward J. Ludwig, Michael F. Mahoney ("Mahoney"), Shawn McCarthy ("McCarthy"), Ian Meredith ("Meredith"), David Roux, John E. Sununu, Ellen M. Zane (the "Individual Defendants"), and Nominal Defendant Boston Scientific Corporation ("Boston Scientific" or the

"Company," and together with the Individual Defendants, "Defendants") jointly submit this stipulation (the "Stipulation") to stay this putative derivative action (the "Action") pursuant to the terms of the Stipulation in light of the related putative securities class action now pending in this Court, captioned *In re Boston Scientific Corporation Securities Litigation*, No. 1:20-cv-12225-DPW (the "Securities Class Action").

WHEREAS, in December 2020, the Securities Class Action was filed in this Court;

WHEREAS, on December 20, 2022, this Court issued a memorandum and order granting in part and denying in part the defendants' motion to dismiss the amended complaint in the Federal Securities Action;

WHEREAS, on January 20, 2023, defendants in the Securities Class Action answered the amended complaint;

WHEREAS, on April 7, 2023, Plaintiff filed a putative Verified Stockholder Derivative Complaint (the "Complaint") on behalf of Boston Scientific, alleging claims against Defendants for violations of securities law, breaches of fiduciary duty, unjust enrichment, and waste of corporate assets;

WHEREAS, the Securities Class Action alleges violations of law relating to and arising from facts and circumstances substantially similar to those in this Action;

WHEREAS, Boston Scientific, along with Defendants Mahoney, Fitzgerald, Brennan, McCarthy, Meredith, Ballinger and Lisa, are also named as defendants in the Securities Class Action;

WHEREAS, discovery has commenced in the Securities Class Action and the parties in that action are proceeding in accordance with a schedule entered by that court;

2

WHEREAS, on May 2, 2023, undersigned counsel for Defendants accepted service of the Complaint on behalf of Defendants by execution of a Waiver of Service pursuant to Fed. R. Civ. P. 4(d);

WHEREAS, subject to the terms of this Stipulation, the parties agree that the interests of justice, efficiency, judicial economy, and effective case management warrant a stay of this action pending resolution of the Federal Securities Action.

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. All proceedings in this action shall be stayed until the earlier of: (a) the court approval of a settlement of the Securities Class Action; or (b) dismissal of the Securities Class Action, with prejudice, and exhaustion of all appeals related thereto;

2. Upon application for good cause shown, a party may seek an earlier termination of the stay, subject to all parties' right to contest such early termination, and such party shall provide all parties with thirty (30) days' advance written notice before making the request to the Court to lift the stay for good cause.

3. The parties have the option to earlier terminate this stay (and agree it shall be good cause to do so) if: (a) any related derivative action is not stayed for the same or longer duration and under similar terms as this stay of the Action, or (b) there is a settlement announced in the Securities Class Action;

4. Following the lifting of the stay of proceedings, the parties will have fourteen (14) days within which to meet and confer and file a joint status report and/or proposed briefing schedule for the Court's approval, including a schedule setting the time for Defendants to answer, move, or otherwise plead in response to the Complaint;

5. Notwithstanding the stay of this Action, Plaintiff may amend the Complaint once during the pendency of the stay; however, Defendants need not answer, move or otherwise respond to such an amendment that is filed in or consolidated with this action during the pendency of the stay. Plaintiff may also, where appropriate, move to consolidate a related derivative action and move for appointment of lead counsel during the pendency of the stay;

6. If Defendants engage in mediation of any related derivative action, Defendants agree to provide Plaintiff with reasonable advance notice of such mediation and to invite Plaintiff to participate in such mediation. If Defendants engage in a successful mediation of the Securities Class Action, Defendants agree to promptly notify Plaintiff and invite Plaintiff to a mediation of this Action promptly thereafter;

7. Except as expressly stated herein, the parties are not waiving any rights, claims, or defenses of any kind, other than as to sufficiency of service, and Defendants expressly reserve all rights, claims, and defenses, including, but not limited to, the right to move to transfer the action and to challenge the standing and adequacy of Plaintiff to prosecute the action pursuant to Federal Rule of Civil Procedure 23.1 and 8 *Del. C.* §327.

Dated: May 2, 2023
Boston, Massachusetts

Respectfully submitted,

/s/ Mitchell J. Matorin
Mitchell J. Matorin (BBO #649304)
MATORIN LAW OFFICE, LLC
18 Grove Street, Suite 5
Wellesley, MA 02482
(781)453-0100
mmatorin@matorinlaw.com

Seth D. Rigrodsky
Timothy J. MacFall
Vincent A. Licata
RIGRODSKY LAW, P.A.
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
(516)683-3516
sdr@rl-legal.com
tjm@rl-legal.com
vl@rl-legal.com

Howard T. Longman
LONGMAN LAW, P.C.
354 Eisenhower Parkway, Suite 1800
Livingston, N.J. 07039
(973)994-2315
Hlongman@longman.law

*Attorneys for Plaintiff*

/s/ James R. Carroll
James R. Carroll (BBO #554426)
Alisha Q. Nanda (BBO #657266)
Yaw A. Anim (BBO #569512)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
alisha.nanda@skadden.com
yaw.anim@skadden.com

*Counsel for Defendants
Kevin Ballinger, Daniel J. Brennan,
Nelda J. Connors, Charles F. Dockendorff,
Joseph M. Fitzgerald, Yoshiaki Fujimori,
Donna A. James, Susan Vissers Lisa,
Edward J. Ludwig, Michael F. Mahoney,
Shawn McCarthy, Ian Meredith, David Roux,
John E. Sununu, Ellen M. Zane and Nominal
Defendant Boston Scientific Corporation*

APPROVED AND SO ORDERED:

Dated: 5/8/2023

_____
F. Dennis Saylor IV
Chief Judge, United States District Court

5