UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANE NACHBAUR, Derivatively on Behalf of Nominal Defendant, BOSTON SCIENTIFIC CORPORATION,<br><br>                Plaintiff,<br><br>-against-<br><br>MICHAEL F. MAHONEY, NELDA J. CONNORS, CHARLES J. DOCKENDORFF, YOSHIAKI FUJIMORI, DONNA A. JAMES, EDWARD J. LUDWIG, DAVID ROUX, JOHN E. SUNUNU, ELLEN M. ZANE JOSEPH M. FITZGERALD, AND DANIEL J. BRENNAN, SHAWN MCCARTHY, IAN MEREDITH, KEVIN BALLINGER, and SUSAN VISSERS LISA,<br><br>                Defendants,<br>-and-<br>BOSTON SCIENTIFIC CORPORATION,<br><br>                Nominal Defendant. | Case No. 1:23-cv-10750-FDS |

**PLAINTIFF'S UNOPPOSED MOTION FOR
<u>PRELIMINARY APPROVAL OF SETTLEMENT</u>**

Plaintiff Diane Nachbaur ("Plaintiff") in the above-referenced shareholder derivative action (the "Action") hereby respectfully move this Court pursuant to Rule 23.1 of the Federal Rules of Civil Procedure to grant preliminary approval of the settlement of the Action brought on behalf of nominal defendant Boston Scientific Corporation ("Boston Scientific" or the "Company").[1] Plaintiff respectfully requests the Court enter the proposed Preliminary Approval

---

[1] Unless noted otherwise, all capitalized terms used herein shall have the same meaning as set forth in the Stipulation of Settlement dated September 6, 2024, submitted herewith as Exhibit 1 to the Declaration of Timothy J. MacFall.

1

Order ("Preliminary Approval Order") submitted herewith as Exhibit B to the Stipulation.[2]

In support of this motion, Plaintiff relies upon the Stipulation and all exhibits appended thereto, also submitted herewith, together with the accompanying Memorandum of Law in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Settlement, and the Declaration of Timothy J. MacFall in support of this motion, together with its exhibits. In addition, the Settling Parties respectfully request that the Court calendar a date for the final Settlement Hearing at least sixty (60) calendar days after the Settlement Notice is issued, at a date that is convenient for the Court. Defendants do not oppose the relief sought in this motion.

Dated: September 26, 2024    Respectfully submitted,

**MATORIN LAW OFFICE, LLC**

<u>/s/ Mitchell J. Matorin</u>
Mitchell J. Matorin (BBO #649304)
18 Grove Street, Suite 5
Wellesley, MA 02482
(781) 453-0100
mmatorin@matorinlawoffice.com

Seth D. Rigrodsky
Timothy J. MacFall
Vincent A. Licata
RIGRODSKY LAW, P.A.
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: sdr@rl-legal.com
         tjm@rl-legal.com
         vl@rl-legal.com

---

[2] The Settlement also resolves the related stockholder derivative action captioned *Tripson v. Mahoney, et al.*, C.A. No. 2023-1048-MTZ (Del. Ch.) (the "Delaware Action") and stockholder litigation demand made by Excavators Union Local 731 Pension Fund on Boston Scientific's Board of Directors (the "Litigation Demand").

Howard T. Longman
LONGMAN LAW, P.C.
354 Eisenhower Parkway, St. 1800
Livingston, N.J. 07039
(973) 994-2315
Hlongman@longman.law

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered with the Court's CM/ECF system.

*/s/ Mitchell J, Matorin*
Mitchell J. Matorin (BBO #649304)